THOMAS S. NAPIER, Appellant, *v.* CHARLES SPIELMANN et al., Composing the Firm of SPIELMANN & COMPANY, Respondents.

*Napier* v. *Spielmann*, 146 App. Div. 951, affirmed.
(Argued February 10, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 8, 1911, affirming a judgment in favor of plaintiff entered upon a verdict for an amount less than that demanded in the complaint, in an action to recover for an alleged breach of contract.

*J. Noble Hayes* for appellant.

*Charles E. Rushmore* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.